UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re
Almeter Kirksey,
    Debtor.

Case No. 13−31402
Chapter 13

**NOTICE**

Richard D. Shinbaum is to settle the outstanding $31.00 fee for Modifying Schedules D, E/F, or List of Creditors. Please settle your account electronically via CM/ECF. Under the Utilities Menu select Internet Payment due, and check the appropriate box on Modifying Schedules D, E/F, or List of Creditors (RE: related document(s)28 Amended Schedules/Statement of Financial Affairs). Filing Fee due by 1/3/2017. (EW)

Dated December 30, 2016

Juan−Carlos Guerrero
Clerk of Court

```
                            United States Bankruptcy Court
                             Middle District of Alabama
In re:                                                          Case No. 13-31402-DHW
Almeter Kirksey                                                 Chapter 13
         Debtor
                             CERTIFICATE OF NOTICE
```

District/off: 1127-2          User: ewalker            Page 1 of 1              Date Rcvd: Dec 30, 2016
                              Form ID: enotice         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 01, 2017.
db             +Almeter Kirksey,   5411 Paddock Club Dr Apt I,   Montgomery, AL 36116-4284
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2016 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Leonard N. Math    on behalf of Creditor   TRI-RIVERS FEDERAL CREDIT UNION
               noticesmd@chambless-math.com
              Richard D. Shinbaum    on behalf of Debtor Almeter  Kirksey rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney [Acting]    trustees_office@ch13mdal.com
                                                                                             TOTAL: 4